UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:   )   BK No.:   19-00603
JENNIFER MARIE MURUKAS   )
  )
  )   Chapter: 7
  )
  )   Honorable Pamela S. Hollis
  )
  )   Joliet
Debtor(s)   )

## ORDER MODIFYING THE AUTOMATIC STAY

THIS CAUSE coming to be heard on the motion of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, by and through its attorneys, Shapiro Kreisman & Associates, LLC, the Court having jurisdiction, being advised in the premises and due notice having been given;

IT IS HEREBY ORDERED:

1. That the automatic stay heretofore entered is modified to the extent necessary to allow NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER to foreclose the mortgage or, in its sole discretion, to accept a short sale or deed in lieu of foreclosure on the real property commonly known as: 15243 Kenmare Circle, Manhattan, IL 60442.
2. That Federal Bankruptcy Rule 4001(a)(3) is not applicable to this order.

Enter:   /s/ Pamela S. Hollis

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated:  February 01, 2019

**Prepared by:**

Mike Kalkowski ARDC #6185654
Richard B. Aronow ARDC# 03123969
Michael N. Burke ARDC#6291435
Shapiro Kreisman & Associates, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847) 291-1717
Attorneys for Movant
15-076902