# CUTLER & ASSOCIATES, LTD.
**ATTORNEYS AT LAW**
4131 MAIN STREET
SKOKIE, ILLINOIS 60076
TELEPHONE (847) 673-8600
FAX (847) 673-8636

## Post- Petition Chapter 7 Retainer Agreement

### DO NOT SIGN THIS AGREEMENT UNLESS YOU ALREADY HAVE A BANKRUPTCY CASE NUMBER.

The undersigned previously retained Cutler & Associates, Ltd., for the limited purpose of filing a Chapter 7 Bankruptcy Petition, Case Number __19-00603__. I understand that Cutler & Associates has no further obligation to me nor do I have any further obligations to it.

I understand that I am under no obligation to sign this Agreement or pay any additional fees to Cutler & Associates. The agreed fee set forth in this Agreement is separate and distinct from the fee for work already performed by Cutler & Associates, Ltd. which consisted of filing my petition.

I further understand that there is additional work which needs to be done in order for me to avoid dismissal of my case and in order for me to meet the requirements for obtaining a discharge. Additional work required consists of: filing required documents with the court, providing copies of documents to my trustee, attending my 341 meeting of creditors, and completing reaffirmation agreements when requested, case monitoring and case administration.

My execution of this agreement confirms that I wish to retain Cutler & Associates to complete the additional work and I agree to pay legal fees totaling $1,990.00 for said services, payable as follows:

$199 on or before __3/31/2019__        $199 on or before __8/31/2019__
$199 on or before __4/30/2019__        $199 on or before __9/30/2019__
$199 on or before __5/31/2019__        $199 on or before __10/31/2019__
$199 on or before __6/30/2019__        $199 on or before __11/30/2019__
$199 on or before __7/31/2019__        $199 on or before __12/31/2019__

Please complete the attached form so we may set up the reoccurring payment schedule.

By signing this Agreement, I understand that the fees only include legal services state above. I also understand that this fee DOES NOT INCLUDE any representation in any adversary proceeding filed against me, representing my interests at a 2004 examination or any state court proceedings.

I acknowledge that I am signing this agreement to pay said fees in consideration for receiving legal representation from Cutler & Associates, Ltd. and that the undersigned understands that if any of the said fees owed on the pre-petition retainer agreement have not been paid at the time said Bankruptcy case was filed, that these unpaid fees are now uncollectible and will be discharged upon the successful completion of said Bankruptcy Case. The undersigned acknowledges that the fees agreed to in this Post-Petition Agreement are considered post-petition fees for post- petition services and therefore they are not dischargeable in said Chapter 7 bankruptcy case.

_____
Cutler & Associates, Ltd.
A Debt Relief Agency

AGREED TO:

_____
Client   Jennifer Murukas:                              Client

7